UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF IOWA
EASTERN DIVISION

| | |
|---|---|
| JON MYERS, <br><br> Plaintiff, <br><br> vs. <br><br> AMERICAN ORDNANCE LLC, <br><br> Defendant. | Court File No. _____ <br><br><br> **NOTICE OF REMOVAL** |

TO:   THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF IOWA, EASTERN DIVISION.

Pursuant to 28 U.S.C. §§ 103(3), 1332, 1441, and 1446, Defendant American Ordnance LLC ("Defendant") hereby gives notice of removal of the above-captioned action currently pending in the Des Moines County District Court, State of Iowa, to the United States District Court for the Southern District of Iowa, Eastern Division. In support of its Notice of Removal, Defendant states as follows:

1.   ***Timeliness of Removal:*** Defendant is timely filing this Notice of Removal. Under 28 U.S.C. § 1446(b), notice of removal of a civil action must be filed within 30 days after service of the Summons and Petition on the Defendant. On January 9, 2026, Plaintiff served the Summons and Petition on Defendant (a true and correct copy of the Petition is attached hereto as **Exhibit A**), which counsel for Defendant accepted on January 13, 2026 (Acceptance of Service is attached hereto as **Exhibit B**). Therefore, Defendant files this Notice of Removal within 30 days of service of the Summons and Petition and it is timely as a matter of law.

2.   ***Diversity Jurisdiction Basis for Removal:*** This case is also a civil action over which the Court has original jurisdiction under 28 U.S.C. § 1332 and is one that Defendant may

remove to the Court pursuant to 28 U.S.C. §§ 1441 and 1446, in that Plaintiff in this action is diverse in citizenship from Defendant, and the amount in controversy exceeds the sum of $75,000.00, exclusive of interests and costs.

3.      ***Citizenship of Parties:*** Plaintiff is the sole identified plaintiff in this action. Upon information and belief, Plaintiff was a citizen and resident of the State of Iowa at the time of the commencement of this action and is now a citizen and resident of the State of Iowa (*See* Ex. A, Petition, ¶ 2.)

4.      Diversity is established because Plaintiff and Defendants are diverse in citizenship so as to vest removal jurisdiction in this Court.

5.      Defendant is a limited liability company. "An LLC's citizenship, for purposes of diversity jurisdiction, is the citizenship of each of its members." *E3 Biofuels, LLC v. Biothane, LLC*, 781 F.3d 972, 975 (8th Cir. 2015) (quoting *OnePoint Solutions, LLC v. Borchert*, 486 F.3d 342, 346 (8th Cir. 2007)); *GMAC Commercial Credit LLC v. Dillard Dep't Stores, Inc.*, 357 F.3d 827, 829 (8th Cir. 2004). Defendant American Ordnance LLC is organized under the laws of the state of Delaware. Defendant's sole member is Day & Zimmermann, Inc. Day & Zimmermann, Inc. is a Maryland corporation with its principal place of business in the state of Pennsylvania. Day & Zimmermann, Inc. is therefore a citizen of Maryland and Pennsylvania. American Ordnance, LLC is therefore a citizen of Maryland and Pennsylvania.

6.      Diversity is established because Plaintiff and Defendants are diverse in citizenship so as to vest removal jurisdiction in this Court.

7.      ***Amount in Controversy:*** This is a civil action wherein the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00. Where removal is based on the diversity of citizenship, "the notice of removal may assert the amount in controversy," 28 U.S.C.

§ 1446(c)(2), and a removing defendant "need include only a plausible allegation that the amount in controversy exceeds the jurisdictional threshold." *Dart Cherokee Basin Operating Co. v. Owens*, 135 S. Ct. 547, 554 (2014). When evaluating the amount in controversy for purposes of diversity jurisdiction, the Court does not consider only the actual damages, but rather the court must consider the value of other potential relief. *See Hartis v. Chi. Title Ins. Co.*, 656 F.3d 778, 781–82 (8th Cir. 2009); *Peterson v. Travelers Indemnity Co.*, 867 F.3d 992, 995 (8th Cir. 2017).

12.     Here, Plaintiff brings a claim under Iowa Code Section 730.5 alleges that Defendant caused his injuries including "lost wages and employment benefits" as well as "for prejudgment and postjudgment interest, for attorney fees and expenses, for the costs of this action…" *See* **Ex. A**, Petition, ¶¶ 44 and WHEREFORE paragraph p. 5. Taking Plaintiff's damages claims together, this is the type of case wherein the damages in controversy plausibly exceed $75,000.00, such that Defendant may remove this action. *Kopp v. Kopp*, 280 F.3d 883, 885 (8th Cir. 2002) ("The district court has subject matter jurisdiction in a diversity case when a fact finder could legally conclude, from the pleadings and proof adduced to the court before trial, that the damages that the plaintiff suffered are greater than $75,000."). As the aggregate damages pled by Plaintiff plausibly exceed $75,000.00, exclusive of interest and costs, the amount in controversy meets the jurisdictional requirements of 28 U.S.C. § 1332.

13.     ***Venue:*** Venue is proper under 28 U.S.C. §§ 103(3) and 1441(a) in the United States District Court for the Southern District of Iowa, Eastern Division. The United States District Court for the Southern District of Iowa, Eastern Division embraces the place, Des Moines County, where the State Court Action is pending. 28 U.S.C. § 103(3). Thus, this Notice of Removal has been properly filed within this District. *See* 28 U.S.C. § 1441 ("[A]ny civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed

by the defendant or the defendants, to the district court of the United States for the district and division embracing the place where such action is pending.").

14.    Simultaneous with the filing of this Notice of Removal, Defendant has notified the Des Moines County District Court in the State of Iowa of removal of this action.

15.    True and correct copies of the Notice of Removal (with accompanying Exhibits) and the Notice of Filing of Notice of Removal directed to State Court will be served upon Plaintiff and his counsel, and filed with the Court Administrator of the Des Moines County District Court in the State of Iowa on this date, in accordance with the provisions of 28 U.S.C. § 1446(d).

WHEREFORE, Defendant respectfully requests that this action, now pending in the District Court for the County of Des Moines, Minnesota, be removed to the United States District Court for the Southern District of Iowa, Eastern Division.

Dated: January 29, 2026

/s/ Susan K. Fitzke
Susan K. Fitzke, Bar No. AT0012102
sfitzke@littler.com
Littler Mendelson, PC
1300 IDS Center
80 South 8th Street
Minneapolis, MN  55402.2136
Telephone:  612.630.1000

Attorneys for Defendant American Ordnance, LLC

**PROOF OF SERVICE**

The undersigned certifies that the foregoing instrument was served upon all parties to the above cause to each of the attorneys of record herein at their respective addresses disclosed on the pleadings on January 29, 2026 by:

☐ Hand Delivered        ☒ United States mail
☐ Federal Express       ☒ Other (CM/ECF)

Signature: /s/  *Susan K. Fitzke*